FILED BY _____ SP _____ D.C.

05 JUN -7 PM 2: 46

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



ROBERT R. Di TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

**RUDOLPH POWERS**

v.

**CORRECTIONS OFFICER SPRINGER,**
et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   04-1248-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 06/06/05, this case is hereby DISMISSED for failure to state a claim upon which relief can be granted, and for failure to exhaust administrative remedies. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and if the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore v. Wigglesworth, 114 F.3d 601, 610-11 (6th Cir. 1997).

APPROVED:

_____/s/ James D. Todd_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

_____6/07/2005_____           BY:   ___/s/ Stotts_____
DATE                                      DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___6/8/05___.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:04-CV-01248 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Terry Dwyer
4544 Highway 21
Hornbeak, TN 38232

Rudolph Powers
NWCC-TIPTONVILLE
95360
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT