IN THE UNITED STATES DISTRICT COURT, FOR
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUDOLPH POWERS,<br>    Plaintiff's<br>vs.<br><br>CORRECTIONS OFFICER SPRINGER,<br>ET AL.<br>    DEFANDANT'S | CASE NO: 04-1248-T/An<br>APPEAL NO:_____ |

## NOTICE OF APPEALS

Come now your Petitioner's Rudolph Powers, by and thourgh himself Pro'se with his Notice of Appeal from the District Court in the Case 04-1248-T/An. That was dismissed on June 7, 2005.

That your Petitioner's is not Requesting to filed under the forms of Paurers.

Petitioner's is requesting that he be allows to **CONSOLADATION** the District Court Fees and the Notice of Appeals Fees, That a New Order be Issues To the **CUSTADIAN** Per Petitioner's Request to mrs; Janice Rice, of the Northwest Correction Trust Funds Office To remove the **SUM OF THIRTY ($ 30.00)** From Plaintiff's Rudolph Powers Trust Funds Account each Monthly Untill The Full Payment of Both Fees are Paid in Full.

DONE THIS 16th DAY OF June 2005

SUBMITTED BY _____ 95361



SWORN AND SUBCRIBE BEFOR ME THIS 16th
OF June 2005
NOTICE POBLICE _Angela S King_
MY COMMISSIONER EXPIRE September 26, 2006

RUDOLPH POWERS # 95360

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:04-CV-01248 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Terry Dwyer
4544 Highway 21
Hornbeak, TN 38232

Rudolph Powers
NWCC-TIPTONVILLE
95360
960 State Route 212
Tiptonville, TN 38079

Terry Dwyer
4544 Highway 21
Hornbeak, TN 38232

Rudolph Powers
NWCC-TIPTONVILLE
95360
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT